## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  
                                \*  
Ryan M. Prudhomme          \*     Chapter 7  
Christina M. Balestra        \*     Case No.: 16-10360-BAH  
                                \*  
            Debtors        \*  
                                \*  
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL, ONDER, SHELTON, O'LEARY & PETERSON, LLC ; JANET, JENNER & SUGGS, LLC; AND ANDRUS WAGSTAFF, P.C. ON A CONTINGENT FEE BASIS

Upon consideration of the Application of Michael S. Askenaizer, Successor Trustee to retain the services of Onder, Shelton, O'Leary & Peterson, LLC; Janet, Jenner & Suggs, LLC; and Andrus Wagstaff, P.C. as Special Counsel (the "Application"), good cause appearing, it is therefore

ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Application is granted;

2. The Successor Trustee is authorized to retain Onder, Shelton, O'Leary & Peterson, LLC, Janet, Jenner & Suggs, LLC, and Andrus Wagstaff, P.C. as his special counsel for the purposes specified in the Application, it being found that special counsel represents no interest adverse to the estate; and

3. Subject to the filing of an Application for Compensation and allowance, the fee to be paid to Onder, Shelton, O'Leary & Peterson, LLC, Janet, Jenner & Suggs, LLC and Andrus Wagstaff, P.C. will be based on a total fee of forty percent (40%) of any amount recovered by judgment, arbitration, mediation or negotiated settlement, plus costs incurred, with the fee to be divided as follows:

a. 17.78% to Andrus Wagstaff, P.C.;

b. 8.89% to Janet, Jenner & Suggs, LLC; and

c. 13.33% to Onder, Shelton, O'Leary & Peterson, LLC.

Dated:   July 21, 2021                /s/ Bruce A. Harwood  
                                        Bruce A. Harwood  
                                        Chief United States Bankruptcy Judge